**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| | : | Bankruptcy No: 23-10310-JCM |
| Kaleb Joshua Glenn and, | : | |
| Amanda Leigh Glenn, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 42 |
| | : | |
| Extra, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**        **Extra**
**Incorrect Address:**    **150 Sutter Street PO Box 372 San Francisco, CA 94104-0372**
**Correct Address:**      **9450 Southwest Gemini Drive, PMB 16167, Beaverton, OR 97008-7105**

Respectfully Submitted,

Date:  October 18, 2023                    /s/Daniel P. Foster, Esquire
                                            Daniel P. Foster, Esquire
                                            PA I.D. #92376
                                            FOSTER LAW OFFICES
                                            1210 Park Avenue
                                            Meadville, PA 16335
                                            Tel: 814.724.1165
                                            Fax: 814.724.1158
                                            Dan@MrDebtBuster.com
                                            Attorney for Debtors