**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kaleb Joshua Glenn<br>    Amanda Leigh Glenn a/k/a<br>Amanda Leigh Polonchak<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10310 JCM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                  Respectfully submitted,

                                /s/ **Brian C. Nicholas**
                                Brian Nicholas
                                18 Oct 2023, 13:08:24, EDT

                              Brian C. Nicholas, Esq. (317240)  ☑
                              Denise Carlon, Esq. (317226)  ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com

Document ID: 1bc79c3d93f2cc5502ea89071693ecdaa40e687655c38c3a3abd48052213238d