**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-10310-JCM |
| | : | |
| **Kaleb Joshua Glenn AND** | : | |
| **Amanda Leigh Glenn,** | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| **Amanda Leigh Glenn** | | |
| **A/K/A Amanda L Polonchak** | : | |
| Movant, | : | Related to Docket No: 40 |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: October 19, 2023

By: /s/ Marci Shetler
Marci Shetler, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
Service via CM/ECF

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
Service via CM/ECF

Kaleb & Amanda Glenn
155 Edgewood Avenue
Grove City, PA 16127
Service via US Mail

Discover Bank
PO Box 30943
Salt Lake City, UT 84130
Service via US Mail

Weltman, Weinberg & Reis Co., LPA
c/o James P. Valecko, Esquire
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
Service via US Mail