FORM JCM 13-3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

|  |  |
|---|---|
| **Kaleb Joshua Glenn** | **Case No. 23-10310-JCM** |
| **Amanda Leigh Glenn** | **Chapter 13** |
| **Debtor(s).** | **Related to Doc Nos. 59 & 62** |

_____

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑　　a motion to dismiss case or certificate of default requesting dismissal

☒　　a plan modification sought by:　the Trustee

❑　　a motion to lift stay
　　as to creditor　　_____

❑　　Other:　　_____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated November 26, 2025

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑　　Debtor(s) Plan payments shall be changed from $ _____ to
　　$ _____ per _____, effective _____; and/or the Plan
　　term shall be changed from ____ months to ____ months.　　　　　　.

[04/22]                                          -1-

FORM JCM 13-3

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Attorney fees shall be based on a retainer of $1,500.00 with fees paid up to the no-look fee.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

**SO ORDERED**, this 11th day of _____February_____, 2026

Dated: __February 11, 2026__

_____jlm_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
2/11/26 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                    Stipulated by:

/s/ Daniel P. Foster                              /s/ Katherine DeSimone
Daniel P. Foster (PA I.D. #92376)                 Katherine DeSimone (PA I.D. #42575)
Counsel to Debtor                                 Counsel to Chapter 13 Trustee
Foster Law Offices                                Office of the Chapter 13 Trustee
1210 Park Avenue                                  U.S. Steel Tower – Suite 3250
Meadville, PA  16335                              600 Grant Street
814-724-1165                                      Pittsburgh, PA  15219
dan@mrdebtbuster.com                              412-471-5566
                                                  kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                           -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10310-JCM |
| Kaleb Joshua Glenn | Chapter 13 |
| Amanda Leigh Glenn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kaleb Joshua Glenn, Amanda Leigh Glenn, 155 Edgewood Avenue, Grove City, PA 16127-1656 |
| 15621286 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15621287 | + | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 15621291 | + | Hipp/Kaiser-Hipp, 1142 Broadview Boulevard, Brackenridge, PA 15014-1203 |
| 15621293 | + | MedCare Equipment Company LLC, 115 Equity Drive, Greensburg, PA 15601-7190 |
| 15639787 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |
| 15621294 | + | Pediatric Cardiology of W PA, 9500 Brooktree Road Suite 100, Wexford, PA 15090-9227 |
| 15621296 | + | Primary Health Network, PO Box 72620, Cleveland, OH 44192-0001 |
| 15657282 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |
| 15621301 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 15621302 | + | Valecko James P., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15608699 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2026 00:18:00 | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15621285 | ^ | MEBN | Feb 12 2026 00:09:59 | AHN, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 15608700 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 12 2026 00:22:22 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15641298 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:22:22 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15608701 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2026 00:18:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15636393 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2026 00:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15608702 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2026 00:18:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15608703 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 12 2026 00:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15608704 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:22:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15608705 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:22:45 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15621288 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 12 2026 00:19:00 | Credit Management Company, Foster Plaza |

|  |  |  | Building 7, 661 Anderson Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15621289 |  | Email/Text: mrdiscen@discover.com | |
|  |  | Feb 12 2026 00:18:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 15608706 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
|  |  | Feb 12 2026 00:19:00 | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15637822 |  | Email/Text: mrdiscen@discover.com | |
|  |  | Feb 12 2026 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15608707 | + | Email/Text: mrdiscen@discover.com | |
|  |  | Feb 12 2026 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15608708 |  | Email/Text: operationsclerk@easypayfinance.com | |
|  |  | Feb 12 2026 00:18:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15608710 |  | Email/Text: rthomas@farmersbankgroup.com | |
|  |  | Feb 12 2026 00:18:00 | Farmers Ntl Bk Canfiel, 20 S Broad St, Canfield, OH 44406 |
| 15621290 |  | Email/Text: csr@fccfinance.com | |
|  |  | Feb 12 2026 00:18:00 | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |
| 15608711 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | |
|  |  | Feb 12 2026 00:18:00 | First National Bank, PO Box 6122, Hermitage, PA 16148-0922 |
| 15637832 |  | Email/Text: bankruptcy@glsllc.com | |
|  |  | Feb 12 2026 00:18:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15608712 |  | Email/Text: bankruptcy@glsllc.com | |
|  |  | Feb 12 2026 00:18:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 15608713 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Feb 12 2026 00:18:00 | Home Point Financial Corp, Attn: Bankruptcy, 2211 Old Earhart Road, Suite 250, Ann Arbor, MI 48105-2963 |
| 15608714 | + | Email/Text: bankruptcy@huntington.com | |
|  |  | Feb 12 2026 00:19:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 15608715 | + | Email/Text: bankruptcy@huntington.com | |
|  |  | Feb 12 2026 00:19:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15621292 | ^ | MEBN | |
|  |  | Feb 12 2026 00:10:21 | ISN Corporation, 2000 North Classen Boulevard Suite 3200, Oklahoma City, OK 73106-6034 |
| 15608716 |  | Email/Text: camanagement@mtb.com | |
|  |  | Feb 12 2026 00:18:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15653273 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
|  |  | Feb 12 2026 00:22:44 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15608717 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Feb 12 2026 00:19:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15608718 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
|  |  | Feb 12 2026 00:22:32 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15608719 | + | Email/PDF: cbp@omf.com | |
|  |  | Feb 12 2026 00:33:13 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15621295 |  | Email/Text: bankruptcies@penncredit.com | |
|  |  | Feb 12 2026 00:18:00 | Penncredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15621298 |  | Email/Text: amieg@stcol.com | |
|  |  | Feb 12 2026 00:18:00 | State Collection Service, 2509 South Stoughton Road, PO Box 6250, Madison, WI 53716-0250 |
| 15621297 | + | Email/PDF: clerical@simmassociates.com | |
|  |  | Feb 12 2026 00:22:22 | Simm Associates Inc, PO Box 7526, Newark, DE 19714-7526 |
| 15608720 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Feb 12 2026 00:33:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15608709 |  | Email/Text: bankruptcy@extra.app | |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 49

| | | | Feb 12 2026 00:18:00 | Extra, 9450 Southwest Gemini Drive, PMB 16167, Beaverton, OR 97008-7105 |
| 15621299 | ^ | MEBN | | |
| | | | Feb 12 2026 00:10:01 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15621300 | ^ | MEBN | | |
| | | | Feb 12 2026 00:09:57 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15646447 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Feb 12 2026 00:19:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1911 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15642210 | *+ | FCC Finance LLC, PO Box 795489, Dallas, TX 75379-5489 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Kaleb Joshua Glenn dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Amanda Leigh Glenn dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5