# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KALEB JOSHUA GLENN
AMANDA LEIGH GLENN

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Movant

vs.

PNC BANK NA++

Respondents

Case No. 23-10310JCM

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TC
RETURNED MAIL FROM THE POSTAL SERVICE. NO CHANGE
OF ADDRESS OR AMENDED CLAIM HAS BEEN FILED.

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

PNC BANK NA++
C/O AES
1200 N 7TH ST
HARRISBURG, PA 17102

Court claim# 4/Trustee CID# 4

The Movant further certifies that on 08/28/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
KALEB JOSHUA GLENN, AMANDA LEIGH GLENN, 155 EDGEWOOD AVENUE, GROVI CITY, PA 16127

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335

ORIGINAL CREDITOR:
PNC BANK NA++, C/O AES, 1200 N 7TH ST, HARRISBURG, PA 17102

:
PNC BANK NA, C/O BOSTON PORTFOLIO ADVISORS - AGENT, 327 PLAZA REAL STE 320, BOCA RATON, FL 33432

NEW CREDITOR: