# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/28/2026

IN RE:

KALEB JOSHUA GLENN
AMANDA LEIGH GLENN
155 EDGEWOOD AVENUE
GROVE CITY, PA 16127
XXX-XX-5863 Debtor(s)

XXX-XX-5186

Case No.23-10310

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/28/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII** | Trustee Claim Number:1 INT %: 8.00% | CRED DESC: VEHICLE |
| PO BOX 183853 | Court Claim Number:1 | ACCOUNT NO.: 2130 |
| | CLAIM: 24,338.18 | |
| ARLINGTON, TX 76096 | COMMENT: 24489@8%/PL | |

| | | |
|---|---|---|
| **GLOBAL LENDING SERVICES LLC** | Trustee Claim Number:2 INT %: 8.00% | CRED DESC: VEHICLE |
| PO BOX 935538 | Court Claim Number:3 | ACCOUNT NO.: 3421 |
| | CLAIM: 21,204.12 | |
| ATLANTA, GA 31193-5538 | COMMENT: 21343@8%/PL | |

| | | |
|---|---|---|
| **MIDFIRST BANK** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:17 | ACCOUNT NO.: 9159 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM: 0.00 | |
| OKLAHOMA, OK 73118 | COMMENT: PMT/DECL*DKT4LMT*BGN 10/23 | |

| | | |
|---|---|---|
| **PNC BANK NA++** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O AES | Court Claim Number:4 | ACCOUNT NO.: 5186 |
| 1200 N 7TH ST | | |
| | CLAIM: 5,479.18 | |
| HARRISBURG, PA 17102 | COMMENT: X0001/SCH*NTC-RSV | |

| | | |
|---|---|---|
| **AFFIRM INC** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:13 | ACCOUNT NO.: FJ5X |
| PO BOX 10587 | | |
| | CLAIM: 100.54 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CELTIC*LOAN OPENED 2/19/23*FIRST PAYMENT DUE 2/19/23 | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 7593 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY CLINIC RADIOLOGY++** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 1198 | Court Claim Number: | ACCOUNT NO.: 0406 |
| | CLAIM: 0.00 | |
| SOMERSET, PA 15501 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 9474 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 1371 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number:16 | ACCOUNT NO.: 5186 |
| PO BOX 2837 | | |
| | CLAIM: 6,189.38 | |
| PORTLAND, OR 97208 | COMMENT: X0092/SCH*LOANS 1-4 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: CLAIMS | Court Claim Number: | ACCOUNT NO.: 0192 |
| PO BOX 82505 | | |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: NT ADR/SCH | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: CLAIMS | Court Claim Number: | ACCOUNT NO.: 2986 |
| PO BOX 82505 | | |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: NT ADR/SCH | |
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: CLAIMS | Court Claim Number: | ACCOUNT NO.: 3086 |
| PO BOX 82505 | | |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: NT ADR/SCH | |
| **DISCOVER BANK(*)** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number: | ACCOUNT NO.: |
| POB 3025 | | |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054 | COMMENT: | |
| **DISCOVER BANK(*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number:2 | ACCOUNT NO.: 8553 |
| POB 3025 | | |
| | CLAIM: 6,964.81 | |
| NEW ALBANY, OH 43054 | COMMENT: AVD/OE*CL=UNS | |
| **FCC FINANCE** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 795489 | Court Claim Number:14-2 | ACCOUNT NO.: 0372 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75379-5489 | COMMENT: NO$/SCH*CL=0*HOME IMPROVEMENT*AMD*W/38 | |
| **FIRST NATIONAL BANK** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BROOKINGS, SD 57006 | COMMENT: NT ADR~NO$~JDGMNT/SCH | |
| **HIPP/KAISER-HIPP** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1142 BROADVIEW AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BRACKENRIDGE, PA 15014 | COMMENT: | |
| **HUNTINGTON NATIONAL BANK FKA HUNTINGTC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GWIN10 | Court Claim Number: | ACCOUNT NO.: 5252 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43231 | COMMENT: | |
| **ISN CORPORATION** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2000 NORTH CLASSEN BLVD STE 3200 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73016 | COMMENT: NO$/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 0595 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: NT ADR~CAP 1/SCH | |
| **PEDIATRIC CARDIOLOGY OF W PA** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 300 BROOKTREE RD STE 204 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WEXFORD, PA 15090 | COMMENT: NT ADR/SCH | |
| **PENN CREDIT CORP** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2800 COMMERCE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17110 | COMMENT: CMC/SCH | |
| **PRIMARY HEALTH NETWORK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 716 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: NT ADR/SCH | |
| **SIMM ASSOC INC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 7526 | Court Claim Number: | ACCOUNT NO.: 1204 |
| | CLAIM: 0.00 | |
| NEWARK, DE 19714-7526 | COMMENT: MEDCARE/SCH | |
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 1204 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: NO$~UPMC PHYSCN SVCS/SCH | |
| **UPMC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2 HOT METAL ST | Court Claim Number: | ACCOUNT NO.: |
| DIST RM 386 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15203 | COMMENT: NT ADR/SCH | |
| **PATRICIA POLONCHAK** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 181 BLAIR RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| POLK, PA 16342 | COMMENT: /SCH H | |
| **AFFIRM INC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:12-2 | ACCOUNT NO.: 2XWN |
| PO BOX 10587 | | |
| | CLAIM: 128.57 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CROSS RIVER*AMD | |
| **AFFIRM INC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:11 | ACCOUNT NO.: I6VC |
| PO BOX 10587 | | |
| | CLAIM: 362.07 | |
| GREENVILLE, SC 29603-0587 | COMMENT: LOAN TAKEN 12/22 | |

**CLAIM RECORDS**

**AFFIRM INC** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:10 | ACCOUNT NO.: UDTI
PO BOX 10587
CLAIM: 66.00
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CELTIC BANK*LOAN 10/22

**AFFIRM INC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:9 | ACCOUNT NO.: 8UAG
PO BOX 10587
CLAIM: 100.67
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CELTIC BANK*LOAN TAKEN 2/18/23

**AFFIRM INC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:8 | ACCOUNT NO.: V0TG
PO BOX 10587
CLAIM: 79.65
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CROSS RIVER*12/22 LOAN

**AFFIRM INC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:7 | ACCOUNT NO.: B2RG
PO BOX 10587
CLAIM: 18.88
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CELTIC BANK*9/22 LOAN

**AFFIRM INC** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:6 | ACCOUNT NO.: HTD4
PO BOX 10587
CLAIM: 253.08
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CELTIC BANK*OPENED 6/6/23

**AFFIRM INC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:5 | ACCOUNT NO.: LU1H
PO BOX 10587
CLAIM: 32.97
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*8/22 LOAN

**AFFIRM INC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:15 | ACCOUNT NO.: EFSU
PO BOX 10587
CLAIM: 202.77
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*CELTIC*LOAN TAKEN 10/28/22

**FCC FINANCE** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: SECURED CREDITOR
PO BOX 795489 | Court Claim Number:14-2 | ACCOUNT NO.: 0372
CLAIM: 17,882.23
DALLAS, TX 75379-5489 | COMMENT: 18069@0%/PL*NO SEC/SCH*18.99%/FACE*HM IMPRVMNT*AMD*W/16

**AMERICREDIT FINANCIAL SVCS INC DBA GM FI** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: VEHICLE
PO BOX 183853 | Court Claim Number:1 | ACCOUNT NO.: 2130
CLAIM: 0.00
ARLINGTON, TX 76096 | COMMENT: 544.34 ARRS*PD@1

**GLOBAL LENDING SERVICES LLC** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: VEHICLE
PO BOX 935538 | Court Claim Number:3 | ACCOUNT NO.: 3421
CLAIM: 0.00
ATLANTA, GA 31193-5538 | COMMENT: $516.61 ARRS*PD@2

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDFIRST BANK** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:17 | ACCOUNT NO.: 9159 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM: 2,318.80 | |
| OKLAHOMA, OK 73118 | COMMENT: $/CL-PL*THRU 9/23 | |

| | | |
|---|---|---|
| **US DEPARTMENT OF HUD**** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 2000 N CLASSEN BLVD STE 3200 | Court Claim Number:18 | ACCOUNT NO.: 6991 |
| | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73106 | COMMENT: NO PMTS/CONF*$0/PL*NT/SCH*CL=11262.07 | |