FILED

SEP 2 8 2026

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA
ERIE OFFICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Kaleb Joshua Glenn
Amanda Leigh Glenn
Debtor

Bankruptcy No. 23-10310
Chapter 13

Document No. 4-1

Movant Ronda J. Winnecour
Standing Chapter 13 Trustee
v.

Respondent (if none, then "No Respondent")
PNC Bank, N.A.

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address: Payments to Creditor

Creditor Name: PNC Bank, N.A.

Incorrect Address: AES
1200 N. 7th Street
Harrisburg, PA 17102

Corrected Address: Payments to Creditor

Creditor Name: PNC Bank, N.A.

Correct Address: AES
Post Office Box 65093
Baltimore, MD 21264

Deayra Watson

Signature of Creditor's Representative

9/21/2026

Date

Boston Portfolio Advisors as Authorized

Agent for PNC Bank, N.A.

ORIGIN ID:PHKA (954) 449-9929
DESYRA WATSON
BOSTON PORTFOLIO ADVISORS, INC
327 PLAZA REAL
SUITE 320
BOCA RATON, FL 33432
UNITED STATES US

SHIP DATE: 21SEP26
ACTWGT: 0.50 LB
CAD: 4121789/INET4535

BILL SENDER

TO **WESTERN DISTRICT OF PENNSYLVANIA**
**U.S. BANKRUPTCY COURT**
**U.S. COURTHOUSE, ROOM B160**
**17 SOUTH PARK ROW**
**ERIE PA 16501**
(814) 464-9740 REF: PNC - BK COA BK#23-10310
INV:
PO: DEPT:

58KJ6/0166/484B

FedEx Express

E

THU - 24 SEP 5:00P
EXPRESS SAVER

TRK# 0201 **8775 2341 2296**

IA 16501
CLE

**SP ERI**

0165
WED 09/23 07:59
U.S. BANKRUPTCY COURT
17 S PARK ROW
U.S. COURTHOUSE, ROOM B160
ERIE PA
**165-2500**
ETP: 1
16501-1155-99
E
467508

CLEARED X-RAY SCREENING

FedEx®

**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.
Check your FedEx shipping document, the current FedEx Service Guide

◂ Insert shipping document here.

03/24/2026 11:47